UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                   No.  12 CR 583-LTS

RONALD ALEXANDER DOBEK,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received Defendant Dobek's email dated July 9, 2020 (Docket Entry No. 27), which seeks guidance concerning the term of supervised release imposed by this Court's judgment dated June 18, 2013. (Docket Entry No. 24.) Mr. Dobek is advised that terms of supervised release begin to run only after a defendant is released from custody, although any supervised release terms run concurrently, see 18 U.S.C. § 3624(e), and that he should consult his Probation Officer concerning the terms and duration of his supervised release.

     SO ORDERED.

Dated: New York, New York
       July 13, 2020

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge

**Copy mailed to:**
R. Alexander Dobek
1274 Fulton Street
Brooklyn, NY 11216